IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-517-FDW-DCK

| | |
|---|---|
| STEPHEN A. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MACLEAN-FOGG COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 17) filed by Philip Paine, concerning Steve Newman on February 8, 2019. Mr. Steve Newman seeks to appear as counsel *pro hac vice* for Plaintiff Stephen Lewis. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 17) is **GRANTED.** Mr. Steve Newman is hereby admitted *pro hac vice* to represent Plaintiff Stephen Lewis.

**SO ORDERED**.

Signed: February 8, 2019

David C. Keesler
United States Magistrate Judge