# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-517-DCK

| | |
|---|---|
| STEPHEN A. LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MACLEAN-FOGG COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER BEFORE THE COURT** on the "Joint Motion To Extend Dispositive Motions Deadlines And Stipulation To Limited Extension Of Discovery Deadline" (Document No. 24) filed September 24, 2019. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend Dispositive Motions Deadlines And Stipulation To Limited Extension Of Discovery Deadline" (Document No. 24) is **GRANTED**. Defendant shall have up to and including **November 11, 2019** to file a Motion for Summary Judgment; Plaintiff shall have up to and including **November 25, 2019** to file a response to the Motion for Summary Judgment; and Defendant's reply brief shall be filed on or before **December 12, 2019**.

**SO ORDERED**.

Signed: September 24, 2019

David C. Keesler
United States Magistrate Judge